3/1/08

Steven M. Spinella, Esq.
SOLOMON, GRINDLE, SILVERMAN & SPINELLA APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130



REGARDING: Summons in a civil action, Case No. 08-CV-0156 BEN (CAB)

My son took service for the following Defendants approximately February 14th and 16th as I was out of town.

1. Brookwood Consulting, LLC, an Oklahoma Limited Liability Company.
2. David Michael Holbrook, an Individual.

Both Defendants deny the complaint for money.
1. Breach of Contract
2. Intentional Misrepresentation

In addition, there was no personal representation made to anyone. Again, I, David Michael Holbrook deny as an individual and as a representative of Brookwood Consulting the complaints in this Summons. We will entertain an offer of compromise outside of this legal course of action if so desired by the Plaintiffs.

Respectfully,
Brookwood Consulting, LLC

David Michael Holbrook



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA COVE INVESTORS, INC., a California corporation, **vs** BROOKWOOD CONSULTING aka BROOKWOOD CONSULTING, LLC, an Oklahoma limited liability company; DAVID MICHAEL HOLBROOK, an individual | **SUMMONS IN A CIVIL ACTION** Case No. 08 CV 0156 BEN (CAB) |

TO: (Name and Address of Defendant)

Brookwood consulting aka Brookwood consulting, LLC, an Oklahoma limited liability company

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen M. Spinella, Esq.
SOLOMON, GRINDLE, SILVERMAN & SPINELLA APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

DATE 2/1/08

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)