1  Richard A. Solomon, Bar No. 82923
   Stephen M. Spinella, Bar No. 144732
2  SOLOMON, GRINDLE, SILVERMAN & SPINELLA
   A Professional Corporation
3  12651 High Bluff Drive, Suite 300
   San Diego, CA 92130
4  Telephone:  (858) 793-8500
   Facsimile:  (858) 793-8263
5
   Attorneys for Plaintiff
6  LA JOLLA COVE INVESTORS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11
   LA JOLLA COVE INVESTORS, INC., a    )   Case No. 08-CV-0156 BEN (CAB)
12 California corporation,              )
                                        )
13            Plaintiff,                )   REQUEST TO CLERK TO ENTER
                                        )   DEFAULT
14     vs.                             )
                                        )
15 BROOKWOOD CONSULTING aka            )
   BROOKWOOD CONSULTING, LLC, an       )
16 Oklahoma limited liability company; DAVID )
   MICHAEL HOLBROOK, an individual,    )
17                                      )
              Defendants.               )
18 _____ )

19

20
   TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:
21
          Plaintiff, LA JOLLA COVE INVESTORS, INC., hereby requests the Clerk of the above-entitled
22
   Court to enter default in this matter against Defendants, BROOKWOOD CONSULTING aka
23
   BROOKWOOD CONSULTING, LLC and DAVID MICHAEL HOLBROOK, on the grounds that said
24
   Defendants have failed to appear or otherwise respond to Plaintiff's Complaint herein in a manner
25
   authorized at law and as mandated in the Summons served upon them herein, and within the time
26
   proscribed by the Federal Rules of Civil Procedure.
27
   ///
28

                                        1

Plaintiff serve the complaint on Defendant, BROOKWOOD CONSULTING aka BROOKWOOD CONSULTING, LLC on February 16, 2008, by serving David Michael Holbrook, as evidenced by the proof of service of summons on file herein with this Court.  Plaintiff serve the complaint on Defendant, DAVID MICHAEL HOLBROOK on February 12, 2008, by serving David Michael Holbrook, as evidenced by the proof of service of summons on file herein with this Court.

The above facts are set forth in the Declaration of Stephen M. Spinella which follows below.

DATED:  March 28, 2008

Respectfully submitted,

SOLOMON, GRINDLE, SILVERMAN & SPINELLA

By: _____
Stephen M. Spinella
Attorneys for Plaintiff,
LA JOLLA COVE INVESTORS, INC.


## DECLARATION OF STEPHEN M. SPINELLA
## IN SUPPORT OF REQUEST TO ENTER DEFAULT

I, Stephen M. Spinella, declare:

1.       I am an attorney licensed to practice law in all state courts within the State of California and also licensed to practice law in the United State District Court for the Southern District of California.  I am a shareholder of Solomon, Grindle, Silverman & Spinella, attorneys of record for Plaintiff, La Jolla Cove Investors, Inc. ("Plaintiff").  I make the following declaration from personal knowledge and, if called to do so, could competently testify to the facts stated herein.

2.       Plaintiff filed the within action against Defendants, Brookwood Consulting Aka Brookwood Consulting, LLC ("Brookwood"), and David Michael Holbrook ("Holbrook") (collectively "Defendants") on January 25, 2008.

///

2

3.     I caused the Complaint to be served on Brookwood by serving David Michael Holbrook as indicated in the proof of service on file with the Court, a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by reference.

4.     Similarly, I caused the Complaint to be served on Holbrook by serving him personally as indicated in the proof of service on file with the Court, a true and correct copy of which is attached hereto as Exhibit "2" and incorporated herein by reference.

5.     Neither Defendant responded to the process served upon them in a manner authorized by law or as directed in the Summons.  On or about March 5, 2008, I received a letter signed by Holbrook on behalf of himself and Brookwood, which Defendants also apparently filed with the Court.  However, said letter does not constitute a responsible pleading on behalf of either Defendant and, moreover, Brookwood cannot be represented in any event by anyone other than an attorney.

6.     Defendants' response fell due on March 25, 2008, by operation Fed R. Proc. Rule 12(a)1 (A)(i).

7.     Neither Defendant is a minor or incompetent person.

8.     Accordingly, I respectfully pray that the Clerk of the Court enter the default of Defendants herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2008, at San Diego, California.

Stephen M. Spinella

**Request to Clerk to Enter Default; Declaration in Support Thereof**          08-CV-0156 BEN (CAB)

EXHIBIT 1

Richard A. Solomon, Bar No. 82923
Stephen M. Spinella, Bar No. 144732
SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-8500

Attorneys for Plaintiff, LA JOLLA COVE INVESTORS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA COVE INVESTORS, INC., a California corporation,<br><br>   Plaintiff,<br><br>  vs.<br><br>BROOKWOOD CONSULTING, et al.<br><br>   Defendants. | Case No. 08-CV-0156 BEN (CAB)<br><br>PROOF OF SERVICE |

I, Barbara Tatum, declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT

//

//

FROM : CENTRALOKLA LEGAL SERVICES    FAX NO. : 4053304811    Mar. 27 2008 01:08PM P1

STEPHEN M. SPINELLA, ESQ. (SBN 144732)
SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
12651 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO CA 92130
858-793-8500              Ref. No.      : 0294890-02
Attorney for : PLAINTIFF    Atty. File No. : 8557.0014

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : LA JOLLA COVE INVESTORS, INC.        Case No.: 08 CV 0156 BEN CAB
DEFENDANT   : BROOKWOOD CONSULTING aka et. al.      PROOF OF SERVICE

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3.    a.  Party served    :    BROOKWOOD CONSULTING aka BROOKWOOD CONSULTING, LLC, an
                                Oklahoma limited liability company
      b.  Person served  :    DAVID MICHAEL HOLBROOK, AGENT
                                (AUTHORIZED AGENT FOR SERVICE)

4.    Address where the party was served 1404 FOX LAKE LANE
                                EDMOND, OK 73034      (Residence)

5.    I served the party
      a.  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
          receive service of process for the party (1) on  February 16, 2008  (2)  at  06:30 PM

6.    The "Notice to the person served" (on the summons) was completed as follows:
      c.  on behalf of:              BROOKWOOD CONSULTING aka BROOKWOOD CONSULTING, LLC, an
                                     Oklahoma limited liability company
          under [xx] Other    OK limited liability company

7.    Person who served papers
      a.  BARBARA TATUM                          d.  Fee for service: $120.00
      b.  KNOX ATTORNEY SERVICE, INC.            e.  I am:
          2250 Fourth Avenue                         (3)  a registered California process server
          San Diego, California 92101                     (i)   an independent contractor
      c.  619-233-9700                                     (ii)  Registration No.: 152
                                                           (iii) County: San Diego

SUBSCRIBED & SWORN to before this
27 DAY March 2008
James Morrow  8/4/11
NOTARY OKLA

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 27, 2008

                                        Signature: B. Tatum  PSS-06-64
                                                   BARBARA TATUM

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)          PROOF OF SERVICE



1  Richard A. Solomon, Bar No. 82923
   Stephen M. Spinella, Bar No. 144732
2  SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
   12651 High Bluff Drive, Suite 300
3  San Diego, CA 92130
   Telephone: (858) 793-8500
4

5  Attorneys for Plaintiff, LA JOLLA COVE INVESTORS, INC.

6

7
                     UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10
   LA JOLLA COVE INVESTORS, INC., a        )    Case No. 08-CV-0156 BEN (CAB)
11 California corporation,                  )
                                            )
12              Plaintiff,                  )    PROOF OF SERVICE
                                            )
13         vs.                              )
                                            )
14 BROOKWOOD CONSULTING, et al.             )
                                            )
15              Defendants.                 )
                                            )
16 _____)

17

18     I, Barbara Tatum, declare as follows:

19     I am over the age of eighteen years and not a party to this action. I am employed in the County of

20 San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San

21 Diego, CA 92101.

22     I served the following documents:

23     SUMMONS IN A CIVIL ACTION; COMPLAINT

24 //

25 //

26

27

28

                                            1
                                   PROOF OF SERVICE

FROM : CENTRALOKLA LEGAL SERVICES     FAX NO. : 4053304811          Mar. 26 2008 11:50AM P1

# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
(NAME OF COURT)

LA JOLLA COVE INVESTORS, INC. vs BROOKWOOD CONSULTING, et al.          08 CV 0156 BEN CAB

PLAINTIFF/PETITIONER                    DEFENDANT/RESPONDENT                    CASE NUMBER

I, BARBARA TATUM_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served DAVID MICHAEL HOLBROOK, an individual_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION: COMPLAINT_____

by leaving with DAVID MICHAEL HOLBROOK, an individual_____ At
NAME                                    RELATIONSHIP

☒ Residence 1404 FOX LAKE LANE                    EDMOND/OK 73034
ADDRESS                                    CITY / STATE

☐ Business_____
ADDRESS                                    CITY / STATE

On FEB. 12, 2008_____ AT 05:30PM_____
DATE                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY          STATE          ZIP

Manner of Service:
☒ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

Service Attempts: Service was attempted on: (1) _____     (2) _____
DATE          TIME                    DATE          TIME

(3)_____     (4)_____     (5)_____
DATE     TIME          DATE     TIME          DATE     TIME

Description: Age 50 Sex M Race C Height 5'10 Weight 180 Hair BN Beard_____ Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this ____ day of March, 2008, by James Morrow
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of OKLAHOMA

JAMES MORROW
NOTARY PUBLIC
# 99010464
EXP. 08/04/11
STATE OF OKLAHOMA

FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS