Richard A. Solomon, Bar No. 82923
Stephen M. Spinella, Bar No. 144732
SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-8500

Attorneys for Plaintiff, LA JOLLA COVE INVESTORS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA COVE INVESTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKWOOD CONSULTING, et al.<br><br>Defendants. | Case No. 08-CV-0156 BEN (CAB)<br><br>PROOF OF SERVICE |

I, Barbara Tatum, declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT

//
//

---
1
PROOF OF SERVICE

# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
(NAME OF COURT)

LA JOLLA COVE INVESTORS, INC. vs BROOKWOOD CONSULTING, et al.     08 CV 0156 BEN CAB
PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT              CASE NUMBER

I, BARBARA TATUM, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served DAVID MICHAEL HOLBROOK, an Individual
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION; COMPLAINT

by leaving with DAVID MICHAEL HOLBROOK, an Individual                    At
                NAME                          RELATIONSHIP

☑ Residence 1404 FOX LAKE LANE              EDMOND/OK 73034
           ADDRESS                           CITY / STATE

☐ Business
           ADDRESS                           CITY / STATE

On FEB. 12, 2008        AT 05:30PM
   DATE                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE

from_____
    CITY      STATE      ZIP

Manner of Service:
☑ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

Service Attempts: Service was attempted on: (1) _____   _____   (2) _____   _____
                                              DATE      TIME       DATE      TIME

(3) _____   _____   (4) _____   _____   (5) _____   _____
    DATE      TIME         DATE      TIME         DATE      TIME

Description: Age 50  Sex M  Race C  Height 5'10  Weight 180  Hair BR  Beard ___  Glasses ___

                                                      Blatm  PSS0664
                                                      SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 26 day of March, 2008, by JAMES MORROW
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

                                                      James Morrow
                                                      SIGNATURE OF NOTARY PUBLIC

                                                      NOTARY PUBLIC for the state of OKLAHOMA

[Notary Seal: JAMES MORROW #99010464 EXP. 08/04/11 STATE OF OKLAHOMA PUBLIC]

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS