Richard A. Solomon, Bar No. 82923
Stephen M. Spinella, Bar No. 144732
SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-8500

Attorneys for Plaintiff, LA JOLLA COVE INVESTORS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA COVE INVESTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKWOOD CONSULTING, et al.<br><br>Defendants. | Case No. 08-CV-0156 BEN (CAB)<br><br>PROOF OF SERVICE |

I, Barbara Tatum, declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT

//
//

FROM : CENTRALOKLA LEGAL SERVICES        FAX NO. : 4053304811        Mar. 27 2008 01:08PM P1

STEPHEN M. SPINELLA, ESQ. (SBN 144732)
SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
12651 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO CA 92130
858-793-8500
Attorney for: PLAINTIFF

Ref. No.      : 0294880-02
Atty. File No.: 8557.0014

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF   : LA JOLLA COVE INVESTORS, INC.
DEFENDANT   : BROOKWOOD CONSULTING aka et. al.

Case No.: 08 CV 0156 BEN CAB
PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3. a. Party served    : BROOKWOOD CONSULTING aka BROOKWOOD CONSULTING, LLC, an
                        Oklahoma limited liability company
   b. Person served   : DAVID MICHAEL HOLBROOK, AGENT
                        (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  1404 FOX LAKE LANE
                                        EDMOND, OK  73034     (Residence)

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on February 16, 2008  (2) at: 06:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    BROOKWOOD CONSULTING aka BROOKWOOD CONSULTING, LLC, an
                       Oklahoma limited liability company
   under [xx] Other    OK limited liability company

7. Person who served papers
   a. BARBARA TATUM
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   d. 619-233-9700

   d. Fee for service: $120.00
   e. I am:
      (3) a registered California process server
          (i) an independent contractor
          (ii) Registration No.: 152
          (iii) County: San Diego

Subscribed + sworn to before this
27 day March 2008
James Morrow 8/4/11
Notary Okla

[Notary seal: JAMES MORROW NOTARY #99010464 EXP. 08/04/11 PUBLIC STATE OF OKLAHOMA]

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 27, 2008

Signature: B. Tatum  PSS-0664
           BARBARA TATUM

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

PROOF OF SERVICE