# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Jolla Cove Investors, Inc.<br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　vs<br><br>Brookwood Consulting et al<br>　　　　　　　　　　　　　Defendant, | Civil No.　　08cv156 BEN(CAB)<br>DEFAULT |

　　　It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 01/25/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Brookwood Consulting
*also known as*
Brookwood Consulting, LLC

David Michael Holbrook

**Entered On:**　　　04/01/08　　　　　　W. SAMUEL HAMRICK, JR., CLERK

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　J. Hathaway, Deputy