Stephen M. Spinella, Bar No. 144732
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Plaintiff
LA JOLLA COVE INVESTORS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA COVE INVESTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKWOOD CONSULTING aka BROOKWOOD CONSULTING, LLC, an Oklahoma limited liability company; DAVID MICHAEL HOLBROOK, an individual,<br><br>Defendants. | Case No.: 08cv156 BEN (CAB)<br><br>STIPULATED DISMISSAL OF COMPLAINT AND CROSS-COMPLAINT IN THEIR ENTIRETIES WITH RESERVATION OF JURISDCTION; ORDER THEREON |

### RECITALS IN SUPPORT OF STIPULATION FOR DISMISSAL

WHEREAS, the parties to this action, Plaintiff, La Jolla Cove Investors, Inc. ("Plaintiff"), on the one hand, and Defendants, Brookwood Consulting, aka Brookwood Consulting, LLC, and David Michael Holbrook ("Defendants"), on the other, have executed a written Settlement Agreement and Mutual Release ("Settlement Agreement") together with a Stipulation for Future Entry of Judgment ("Stipulation") and,

WHEREAS the Settlement Agreement and Stipulation call for the resolution of the above action in its entirety by, among other things, payments under said Settlement Agreement and Stipulation to be made over time by Defendants to Plaintiff and,

1
STIPULATED DISMISSAL OF COMPLAINT; ORDER THEREON

05/08/2008 16:20 FAX 415 409 8704 LJCI ☒013/015
05/07/2008 15:17 8585518779 LJCI PAGE 12/14
Case 3:08-cv-00156-BEN-CAB   Document 10   Filed 05/13/2008   Page 2 of 2

May 06 08 06:15p    Mike                          413-639-1128           p.11

WHEREAS, the Settlement Agreement and Stipulation call for the Court to retain jurisdiction of this action to enforce the terms thereof,

**IT IS HEREBY STIPULATED**, by and among Plaintiff, through its counsel of record, Solomon, Grindle, Silverman & Spinella, by Stephen M. Spinella, and Defendants, whose authorized signatures appear hereinbelow, as follows:

1. The Complaint of Plaintiff, La Jolla Cove Investors, Inc., shall be dismissed without prejudice against Defendants, Brookwood Consulting, aka Brookwood Consulting, LLC, and David Michael Holbrook;

2. The Court shall retain jurisdiction of this matter in order to enforce the terms of the Settlement Agreement and Stipulation; and

3. The parties agree that further jurisdiction of this matter shall be before the Honorable Cathy A. Bencivengo, Magistrate Judge, for all intents and purposes, or such other Magistrate Judge or Judge as the Court shall appoint.

IT IS SO STIPULATED.

Date: May 12, 2008

Solomon, Grindle, Silverman & Spinella

By: _____
Stephen M. Spinella, Esq.
Attorney for Plaintiff, La Jolla Cove Investors, Inc.

Date: April ___, 2008

Brookwood Consulting

By: _____
Name: David M Holbrook
Title: Managing Partner

Date: April ___, 2008

David Michael Holbrook

2
STIPULATED DISMISSAL OF COMPLAINT; ORDER THEREON