FILED

08 MAY 19 PM 4:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LA JOLLA COVE INVESTORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKWOOD CONSULTING, a.k.a. BROOKWOOD CONSULTING, LLC, an Oklahoma limited liability company; DAVID MICHAEL HOLBROOK, an individual,<br><br>Defendants. | Case No. 08cv0156 BEN (CAB)<br><br>**ORDER OF DISMISSAL** |
|---|---|

The parties have jointly moved to dismiss this action without prejudice. Dkt. No. 10 (May 13, 2008). In their motion, they stipulated to proceed before United States Magistrate Judge Cathy Ann Bencivengo for all purposes for the remainder of this action. *Id.* at 2.

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiff may voluntarily dismiss its claims by a stipulation of all parties. FED. R. CIV. P. 41(a). Under Rule 41(a)(2), the Court has broad discretion to determine the terms and conditions for dismissal. *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). Under 28 U.S.C. § 636(c), the Court may designate a magistrate judge to conduct proceedings upon the parties' consent. Because the parties have stipulated to dismiss under Rule 41(a) and to proceed before the magistrate judge, the Court orders that:

///

1  (1) This action be dismissed without prejudice;
2  (2) The Court shall retain jurisdiction to enforce the terms of the settlement agreement and
3  stipulation; and
4  (3) The parties shall proceed before United States Magistrate Judge Cathy A. Bencivengo
5  for all purposes for the remainder of this action.
6  IT IS SO ORDERED.
7  Dated: May 16, 2008

Roger T. Benitez
United States District Judge